**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| NANCY HANKINS<br><br>         Plaintiff,<br><br>    vs.<br><br>UNIVERSAL RECOVERY<br><br>CORPORATION.<br><br>         Defendant. | Case No.: 2:09-cv-01899-FCD-KJM<br><br>**ORDER ENTERING JUDGMENT** |

On November 13, 2009, Plaintiff, NANCY HANKINS (Plaintiff), filed an acceptance of Defendant's, UNIVERSAL RECOVERY CORPORATIONS (Defendant), Offer of Judgment. The accepted Offer Of Judgment states Plaintiff will receive $2,000.00 for alleged damages, and reasonable attorneys' fees and costs. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $2,000.00 for alleged damages, and reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE