1  Mark E. Ellis - 127159
   Kimberly E. Lewellen - 243663
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ecplslaw.com
   klewellen@ecplslaw.com
6
   Attorneys for Defendant UNIVERSAL RECOVERY CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11 | NANCY HANKINS,                    | Case No.:  2:09-cv-01899-FCD-KJM
12 |     Plaintiff,                    | **STIPULATION AND ORDER TO SET ASIDE FRCP 68 JUDGMENT AND TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO FRCP 41.**
13 | v.                                |
14 | UNIVERSAL RECOVERY CORPORATION,   |
                                       | DATE:       March 26, 2010
15 |     Defendant.                    | TIME:       10:00 a.m.
                                       | JUDGE:      Frank C. Damrell Jr.
16                                     | COURTROOM:  02

17

18       Whereas this Court previously entered Judgment against Defendant Universal Recovery

19 Corporation pursuant to Plaintiff's Acceptance of a Fed. R. Civ. P., Rule 68 Offer of Judgment.

20       Whereas Plaintiff Nancy Hankins anticipates filing a Petition for Attorney's Fees and Costs if

21 the parties cannot agree to an amount, as provided in the Rule 68 Offer of Judgment,

22       Whereas the parties have entered into a settlement agreement which wholly disposes of this

23 action, including but not limited to, any claim by Plaintiff Nancy Hankins for attorney's fees and costs.

24       Whereas the parties agree that the Judgment be set aside so that the parties can effectuate the

25 settlement agreement.

26       Whereas the parties agree that neither will be prejudiced should the Court set aside the Rule 68

27 Judgment.

28       Whereas pursuant to Federal Rules of Civil Procedure 41(a)(1), and the executed settlement

- 1 -

agreement, the parties agree that this case be dismissed with prejudice and without any fees and/or costs to any party.

It is so stipulated.

Dated: January 22, 2010                              KROHN & MOSS LTD.

/s/ Ryan Lee, Esq.
Ryan Lee, Esq.
Attorney for Plaintiff
Nancy Hankins.

Dated: January 22, 2010                              ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

/s/ Kimberly E. Lewellen
Kimberly E. Lewellen
Attorney Defendant
Universal Recovery Corporation.

Pursuant to the Stipulation of the parties, and the motion to set aside judgment filed concurrently herewith,

IT IS ORDERED that the Rule 68 Judgment entered on or about November 16, 2009, be set aside, and that this action be dismissed with prejudice pursuant to Rule 41(a)(1).

Dated: January 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -